Law Offices of
VIJAYANT PAWAR, ESQ. (7642)
35 Airport Road, Suite 330
Morristown, New Jersey 07960
Tel.: (973) 267-4800
Fax: (973) 215-2882
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE TECH SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>KEMPER ENVIRONMENTAL LTD, and KEMPER INDEMNITY INSURANCE COMPANY,<br><br>Defendants. | Hon.<br><br>Civil Action No. 07-483<br><br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Pure Tech Systems, Inc. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Respectfully submitted,

Dated: August 6, 2007

_____
Vijayant Pawar (VP-7642)
**SDNY BAR**
**Law Offices of**
**VIJAYANT PAWAR**
**35 Airport Road, Suite 330**
**Morristown, New Jersey 07960**
**Phone – (973) 267-4800**
**Fax - (973) 215-2882**