# Law Offices of
# VIJAYANT PAWAR

**Vijayant Pawar, Esq.**
*Licensed in NJ, NY*

vpawar@pawarlaw.com

35 Airport Road, Suite 330
Morristown, NJ 07960
Tel:   (973) 267-4800
Fax:   (973) 215-2882

www.pawarlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **8/23/07**

RECEIVED AUG 23 2007
CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

August 21, 2007

**VIA FIRST CLASS MAIL**

Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

　　　　Re:　**PURE TECH SYSTEMS, INC. v. KEMPER ENVIRONMENTAL LTD., and KEMPER INDEMNITY INSURANCE COMPANY**
　　　　　　**Docket No. 07-Civ-7065 (RMB)(MHD)**

Dear Judge Berman:

　　　　I represent the Plaintiff Pure Tech Systems, Inc. in the above-referenced matter. The matter is currently scheduled for an initial pre-trial conference for September 14, 2007. Copies of the summons were received by my office on August 17, 2007 from the Clerk's Office. The summons and the complaint were immediately sent to the process server for proper service on the defendants.

　　　　As the complaint has not been served on the defendants, we respectfully request that the pre-trial conference be adjourned. This would allow the defendants an opportunity to file a responsive pleading and the parties would be better able to participate in the pre-trial conference.

　　　　If you have any questions, please do not hesitate to contact me. Thank you.

Respectfully Submitted,

*[signature]*
Vijayant Pawar

[Handwritten endorsement:]
CONFERENCE ADJOURNED UNTIL 10/18/07 AT 9:15 A.M. IN COURTROOM 21D.

**SO ORDERED:**
Date: 8/23/07
*[signature]* Richard M. Berman
Richard M. Berman, U.S.D.J.