UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PURE TECH SYSTEMS, INC.,                    Case No.: 07cv7065

                Plaintiff,              **Notice of Appearance**

    Vs.

KEMPER ENVIRONMENTAL LTD, and KEMPER
INDEMNITY INSURANCE COMPANY,

                Defendants.
-------------------------------------------------------------------X
COUNSEL:

    PLEASE TAKE NOTICE, that Donovan Hatem LLP., 1 Penn Plaza, Suite 3324, New York, New York 10119, has been retained as counsel to represent the interests of Defendants, Kemper Environmental Ltd. And Kemper Indemnity Insurance Company and hereby files this Notice of Appearance, without waiver of its rights to assert any and all Affirmative Defenses including but not limited to all jurisdictional defenses.

Dated:    New York, New York
            September 21, 2007

                                        Donovan Hatem LLP.

                                        David M. Pollack (6143)
                                        Attorney for Defendants
                                        Kemper Environmental Ltd.
                                        and Kemper Indemnity Insurance
                                        Company
                                        One Penn Plaza, Suite 3324
                                        New York, New York 10119
                                        (212) 244-3333

To:    All Parties Via ECF