): pollack Page 2 of 2                  2007-10-03 16:30:27 (GMT)                    From: VIJ PAWAR
Case 1:07-cv-07065-RMB-MHD   Document 7   Filed 10/09/2007   Page 1 of 1

10/02/2007 21:44 FAX 2122445697          DONOVAN HATEM LLP                          002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PURE TECH SYSTEMS, INC.,                         Case No.: 07cv7065

        Plaintiff,                      **Stipulation Extending Time to Answer**

Vs.

KEMPER ENVIRONMENTAL LTD, and KEMPER
INDEMNITY INSURANCE COMPANY,

        Defendants.

----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties hereto, that the time of the Defendants, Kemper Environmental Ltd. and Kemper Indemnity Insurance Company, to respond to the Plaintiff's Complaint herein is hereby extended to and including October 15, 2007.

Dated:       New York, New York
             October 2, 2007

Donovan Hatem L.L.P.                              Law Offices of Vijayant Pawar, Esq.

David M. Pollack (6143)                           Vijayant Pawar, Esq.
Attorney for Defendants                           Attorneys for Plaintiff
Kemper Environmental Ltd.                         35 Airport Road, Suite 330
and Kemper Indemnity Insurance                    Morristown, New Jersey 07960
Company                                           (973)267-4800
One Penn Plaza, Suite 3324
New York, New York 10119
(212) 244-3333

So-Ordered

RMB
U.S.D.J
10/9/07

Richard M. Berman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/07