UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PURE TECH SYSTEMS, INC.,                           Case No.: 07cv7065

                        Plaintiff,                  **Rule 7.1 Statement**

      Vs.

KEMPER ENVIRONMENTAL LTD, and KEMPER
INDEMNITY INSURANCE COMPANY,

                      Defendants.
---------------------------------------------------------------X


        PURSUANT TO RULE 7.1 (Formerly Local General Rule 9) OF THE
LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE SOUTHERN
AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES
AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE
DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR
AMERICAN MOTORIST INSURANCE COMPANY INCORRECTLY SUES
AS KEMPER INDEMNITY INSURANCE COMPANY, (A PRIVATE NON-
GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE
CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID
PARTY WHICH ARE PUBLICLY HELD:

                        **NONE**

Dated:       New York, New York
            October 12, 2007

                             **DONOVAN HATEM LLP**
                             *Attorneys for Defendant*


                             _____
                             David M. Pollack (6143)
                             One Penn Plaza, Suite 3324
                             New York, New York 10119
                             Tel:  (212) 244-3333

To:     Sean W. Walsh, Esq.
          Giarmarco, Mullins & Horton, P.C
          Attorneys for Plaintiff
          Tenth Floor Columbia Center
          101 West Big Beaver Road
          Troy, Michigan 48084-5280

Vinjanyant Pawar, Esq.
Attorneys for Plaintiff
35 Airport Road, Suite 3300
Morristown, NJ 07960

01119701