UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PURE TECH SYSTEMS, INC.,                      Case No.: 07cv7065

        Plaintiff,                        **Rule 7.1 Statement**

  Vs.

KEMPER ENVIRONMENTAL LTD, and KEMPER
INDEMNITY INSURANCE COMPANY,

        Defendants.
-----------------------------------------------------------------X

    PURSUANT TO RULE 7.1 (Formerly Local General Rule 9) OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR AMERICAN MOTORIST INSURANCE COMPANY INCORRECTLY SUED AS KEMPER ENVIRONMENTAL LTD., (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD:

**NONE**

Dated:    New York, New York
           October 12, 2007

                                            **DONOVAN HATEM LLP**
                                            *Attorneys for Defendant*

                                            _____
                                            David M. Pollack (6143)
                                            One Penn Plaza, Suite 3324
                                            New York, New York 10119
                                            Tel:  (212) 244-3333

To:    Sean W. Walsh, Esq.
        Giarmarco, Mullins & Horton, P.C
        Attorneys for Plaintiff
        Tenth Floor Columbia Center
        101 West Big Beaver Road
        Troy, Michigan 48084-5280

Vinjanyant Pawar, Esq.
Attorneys for Plaintiff
35 Airport Road, Suite 3300
Morristown, NJ 07960

01119698