# DONOVAN | HATEM LLP
*counselors at law*

**David M. Pollack**
212 244-2697 direct
dpollack@donovanhatem.com

October 16, 2007

**Via ECF**

Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Pure Tech Systems, Inc. v. Kemper Environment LTD, et. al.
     Civil Action No.:  07 Civ. 7065 (RMB)(MHD)

Dear Judge Berman:

We represent the Defendants in the above matter. We were just advised by Plaintiff's counsel of the initial pre-trial conference scheduled for October 19, 2007 at 10:15 am. We have only recently filed the answer and respectfully request an adjournment (with the consent of Plaintiff's counsel) of the conference so we may coordinate with Plaintiff's counsel and develop a mutually acceptable case management plan.

If the Court is prepared to grant this request, we wish to advise that Plaintiff's counsel and I are available for the conference on October 23, 2007, October 26, 2007, November 5, 2007, and November 6, 2007 (morning only).

Thank you for your courtesy and consideration.

Respectfully,

David M. Pollack (6143)

DMP/aln

cc.  Vijayant Pawar

One Penn Plaza   212 244 3333 main
Suite 3324       212 244 5697 fax
New York, NY 10119   www.donovanhatem.com

BOSTON | NEW YORK