Law Offices of
VIJAYANT PAWAR, ESQ. (7642)
35 Airport Road, Suite 330
Morristown, New Jersey 07960
Tel.: (973) 267-4800
Fax: (973) 215-2882
Attorneys for Plaintiff



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE TECH SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>KEMPER ENVIRONMENTAL LTD, and KEMPER INDEMNITY INSURANCE COMPANY,<br><br>Defendants. | Hon. Richard M. Berman<br><br>Civil Action No. 07-7065 (RMB)(MHD)<br><br><br>**CASE MANAGEMENT PLAN** |

   The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by            ~~3/3/08~~  1/2/08   RMB
(ii)  Amend the pleadings by                     ~~1/30/08~~ 1/2/08
(iii) All discovery to be expeditiously completed by ~~8/29/08~~ 3/3/08
(iv)  Consent to Proceed before Magistrate Judge ~~2/4/08~~
(v)   Status of settlement discussions           ~~5/30/08~~ 3/3/08 @ 9:30
                                                              with principals

See Court's Rules re: motion practice

DATED: 10/31/07

_____
United States District/Magistrate Judge
Richard M. Berman