UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PURE TECH SYSTEMS, INC.,                             Case No.: 07cv7065

                          Plaintiff,                        **Notice of Change of Address**

   Vs.

KEMPER ENVIRONMENTAL LTD, and KEMPER
INDEMNITY INSURANCE COMPANY,

                          Defendants.

------------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

To:    Attorney Admission Clerk and All Other Parties:

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for Defendant, Kemper Environmental, LTD. and Kemper Indemnity Insurance Company.

### Attorney

I am a U.S.D.C, Southern District of New York attorney. My Bar number is (DP)6143.

### Law Firm Association

From: Melito & Adolfsen, P.C

To: Donovan Hatem, LLP

I will continue to be counsel of record on the above-entitled case at my new law firm.

**Address:**    One Penn Plaza, Suite 3324, New York, New York 10119

**Telephone Number:** (212) 244-3333

**Fax Number:** (212) 244-5697

**E-Mail Address:**    dpollack@donovanhatem.com

Dated: New York, New York
       November 5, 2007

                                            DONOVAN HATEM LLP

                                            _____
                                            David M. Pollack, Esq.
                                            One Penn Plaza
                                            New York, New York 10119
                                            Tel. (212) 244-3333
                                            Fax. (212) 244-5697

To:    All Parties Via ECF