Law Offices of
VIJAYANT PAWAR, ESQ. (7642)
35 Airport Road, Suite 330
Morristown, New Jersey 07960
Tel.: (973) 267-4800
Fax: (973) 215-2882
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE TECH SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>KEMPER ENVIRONMENTAL LTD, and KEMPER INDEMNITY INSURANCE COMPANY,<br><br>Defendants. | Hon. Richard M. Berman<br><br>Civil Action No. 07-7065 (RMB)(MHD)<br><br>NOTICE OF MOTION FOR ADMISSION OF PAULA M. JOHNSON-BACON AND TRISHA MARIE BENSON PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Vijayant Pawar, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   PAULA M. JOHNSON-BACON
Firm Name:          GIARMARCO, MULLINS & HORTON, P.C.
Address:            101 W. BIG BEAVER ROAD, 10TH FLOOR
City/State/Zip:     TROY, MI 48084-5280
Phone Number:       (248) 457-7000
Fax Number:         (248) 457-7001

Applicant's Name:   TRISHA MARIE BENSON
Firm Name:          GIARMARCO, MULLINS & HORTON, P.C.
Address:            101 W. BIG BEAVER ROAD, 10TH FLOOR
City/State/Zip:     TROY, MI 48084-5280
Phone Number:       (248) 457-7000
Fax Number:         (248) 457-7001

PAULA M. JOHNSON-BACON and TRISHA MARIE BENSON are members in good standing of the Bar of Michigan. There are no pending disciplinary proceedings against PAULA M. JOHNSON-BACON or TRISHA MARIE BENSON in any State or Federal court.

Dated: February 4, 2008
Morristown, New Jersey

Respectfully submitted,

_____
Vijayant Pawar (VP-7642)
SDNY BAR
Law Offices of
VIJAYANT PAWAR
35 Airport Road, Suite 330
Morristown, New Jersey 07960
Phone – (973) 267-4800
Fax - (973) 215-2882

Law Offices of
VIJAYANT PAWAR, ESQ. (7642)
35 Airport Road, Suite 330
Morristown, New Jersey 07960
Tel.: (973) 267-4800
Fax: (973) 215-2882
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE TECH SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>KEMPER ENVIRONMENTAL LTD, and KEMPER INDEMNITY INSURANCE COMPANY,<br><br>Defendants. | Hon. Richard M. Berman<br><br>Civil Action No. 07-7065 (RMB)(MHD)<br><br>**CERTIFICATION OF COUNSEL OF RECORD IN SUPPORT OF APPLICATION FOR ADMISSION OF PAULA M. JOHNSON-BACON AND TRISHA MARIE BENSON PRO HAC VICE** |

**VIJAYANT PAWAR**, being duly sworn, hereby deposes and says as follows:

1. I am VIJAYANT PAWAR, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Paula M. Johnson-Bacon and Trisha Marie Benson as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in September 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Paula M. Johnson-Bacon and Trisha Marie Benson are attorneys at Giarmarco, Mullins & Horton P.C., in Troy, Michigan and are associates of Sean M. Walsh, who has been admitted pro hac vice in this matter.

4. I have found Paula M. Johnson-Bacon and Trisha Marie Benson to be skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

5.   Accordingly, I am pleased to move the admission of Paula M. Johnson-Bacon and Trisha Marie Benson, pro hac vice.

6.   I respectfully submit a proposed order granting the admission of Paula M. Johnson-Bacon and Trisha Marie Benson, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Paula M. Johnson-Bacon and Trisha Marie Benson, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

Dated: February 4, 2008

Vijayant Pawar (VP-7642)

**Law Offices of**
**VIJAYANT PAWAR**
35 Airport Road, Suite 330
Morristown, New Jersey 07960
Phone – (973) 267-4800
Fax - (973) 215-2882

2

Law Offices of
VIJAYANT PAWAR, ESQ. (7642)
35 Airport Road, Suite 330
Morristown, New Jersey 07960
Tel.: (973) 267-4800
Fax: (973) 215-2882
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE TECH SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>KEMPER ENVIRONMENTAL LTD, and KEMPER INDEMNITY INSURANCE COMPANY,<br><br>Defendants. | Hon. Richard M. Berman<br><br>Civil Action No. 07-7065 (RMB)(MHD)<br><br>**ORDER ALLOWING ADMISSION OF PAULA M. JOHNSON-BACON AND TRISHA MARIE BENSON PRO HAC VICE** |

Upon the motion of VIJAYANT PAWAR, attorney for PURE TECH SYSTEMS, INC. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | PAULA M. JOHNSON-BACON |
| Firm Name: | GIARMARCO, MULLINS & HORTON, P.C. |
| Address: | 101 W. BIG BEAVER ROAD, 10TH FLOOR |
| City/State/Zip: | TROY, MI 48084-5280 |
| Phone Number: | (248) 457-7000 |
| Fax Number: | (248) 457-7001 |

| | |
|---|---|
| Applicant's Name: | TRISHA MARIE BENSON |
| Firm Name: | GIARMARCO, MULLINS & HORTON, P.C. |
| Address: | 101 W. BIG BEAVER ROAD, 10TH FLOOR |
| City/State/Zip: | TROY, MI 48084-5280 |
| Phone Number: | (248) 457-7000 |
| Fax Number: | (248) 457-7001 |

ARE admitted to practice pro hac vice as counsel for PURE TECH SYSTEMS, INC. in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.


DATED: _____

United States District/Magistrate Judge

## CERTIFICATION OF SERVICE

      I, Vijayant Pawar, Esq, a member of the Bar of this Court, hereby certify that a copy of the within Motion was served this day by regular mail upon counsel for Defendant, David M. Pollack, Esq., Donovan Hatem LLP, One Penn Plaza, 250 W 34th Street, Suite 3324, New York, New York 10119

                                          Law Offices of
                                          VIJAYANT PAWAR

                                          Attorneys for Plaintiff

                                        BY: _____
                                          VIJAYANT PAWAR (VP-7642)

DATED: February 4, 2008



