Law Offices of
VIJAYANT PAWAR, ESQ. (7642)
35 Airport Road, Suite 330
Morristown, New Jersey 07960
Tel.: (973) 267-4800
Fax: (973) 215-2882
Attorneys for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE TECH SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>KEMPER ENVIRONMENTAL LTD, and KEMPER INDEMNITY INSURANCE COMPANY,<br><br>Defendants. | Hon. Richard M. Berman<br><br>Civil Action No. 07-7065 (RMB)(MHD)<br><br>**ORDER ALLOWING ADMISSION OF PAULA M. JOHNSON-BACON AND TRISHA MARIE BENSON PRO HAC VICE** |

Upon the motion of VIJAYANT PAWAR, attorney for PURE TECH SYSTEMS, INC. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: PAULA M. JOHNSON-BACON
    Firm Name: GIARMARCO, MULLINS & HORTON, P.C.
    Address: 101 W. BIG BEAVER ROAD, 10TH FLOOR
    City/State/Zip: TROY, MI 48084-5280
    Phone Number: (248) 457-7000
    Fax Number: (248) 457-7001

    Applicant's Name: TRISHA MARIE BENSON
    Firm Name: GIARMARCO, MULLINS & HORTON, P.C.
    Address: 101 W. BIG BEAVER ROAD, 10TH FLOOR
    City/State/Zip: TROY, MI 48084-5280
    Phone Number: (248) 457-7000
    Fax Number: (248) 457-7001

ARE admitted to practice pro hac vice as counsel for PURE TECH SYSTEMS, INC. in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

*Subject to payment of the fee to Clerk*

DATED: 2/13/08

RMB
_____
United States District ~~Magistrate~~ Judge

2