# DONOVAN | HATEM LLP
*counselors at law*

**David M. Pollack**
212-244-2697 direct
dpollack@donovanhatem.com

February 15, 2008

**Via ECF and Regular Mail**
Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   Pure Tech Systems v. Kemper Environmental Ltd. and
      Kemper Indemnity Insurance Company
      07-CIV-7065 (RMB)

Dear Judge Berman:

We represent defendants in the above matter. Discovery is due to close on March 3, 2008 at which time the parties are to appear before the Court. We write in further supplement and support of plaintiff's counsel's request for an additional 90 days discovery.

On February 13th we received by email, responses and objections to defendants' First Set of Interrogatories and First Request for Production of Documents. I spoke with plaintiff's counsel upon receipt of that email and was advised that 11 boxes of documents were sent by overnight mail. They arrived on February 14, 2008.

Under the circumstances, it is respectfully requested that the Court extend the discovery cutoff for a period of 90 days given the extensive volume of materials and the complexity of this litigation.

Respectfully submitted,

David M. Pollack

DMP/cm
cc:   Vinjanyant Pawar, Esq.
01139045