```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
PURE TECH SYS., INC.,              :
                                   :
              Plaintiff,           :
                                   :          ORDER
        -against-                  :
                                   :   07 Civ. 7065 (RMB)(MHD)
KEMPER ENVIRONMENTAL LTD. et al.,  :
                                   :
              Defendants.          :
                                   :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **TUESDAY, JULY 8, 2008 at 10:00 AM**, at which time you are directed to call chambers at (212) 805-0204. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED: New York, New York
       July 1, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been faxed this date to:

Vijayant Pawar, Esq.
Law Offices of Vijayant Pawar
35 Airport Road, Suite 330
Morristown, NJ 07960

Paula M. Johnson-Bacon, Esq.
Giarmarco, Mullins & Horton, P.C.
101 W. Big Beaver Road
10th Floor
Troy, MI 48084-5280

Saulius K. Mikalonis, Esq.
Giarmarco, Mullins & Horton, P.C.
101 West Big Beaver Road
10th Floor
Troy, MI 48084-5280

Sean M. Walsh, Esq.
Giarmarco, Mullins & Horton, P.C.
101 W. Big Beaver Rd.
10th Floor
Troy, MI 48084

Trisha Marie Benson, Esq.
Giarmarco, Mullins & Horton, P.C.
101 W. Big Beaver Road
10th Floor
Troy, MI 48084-5280

David M. Pollack, Esq.
Donovan Hatem, LLP
One Penn Plaza
New York, NY 10119