UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PURE TECH SYSTEMS, INC.,                     Case No.: 07cv7065

                Plaintiff,        **Notice of Change of Address**

   Vs.

KEMPER ENVIRONMENTAL LTD, and KEMPER
INDEMNITY INSURANCE COMPANY,

               Defendants.
------------------------------------------------------------------X

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Donovan Hatem, LLP.

*Attorney*

I am a U.S.D.C., Southern District of New York attorney. My Bar Number is 6143.

*Address:* Herald Square Building, 1350 Broadway, Suite 2100, New York, New York 10018

*The telephone number and fax will remain the same.*

Dated:    New York, New York
            August 4, 2008

                                      Donovan Hatem LLP.
                                      David M. Pollack (6143)
                                      /s/ *David M. Pollack*
                                      Attorney for Defendants
                                      Kemper Environmental Ltd.
                                      and Kemper Indemnity Insurance Company
                                      1350 Broadway, Suite 2100
                                      New York, New York 10018
                                      (212) 244-3333

To:    All Parties Via ECF