UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PURE TECH SYSTEMS, INC.,   Case No. 07cv7065 (RMB)

                Plaintiff,

vs.

KEMPER ENVIRONMENTAL LTD, and KEMPER
INDEMNITY INSURANCE COMPANY,

                Defendants.
-----------------------------------------------------------------------X

## NOTICE OF ATTORNEY CHARGING LIEN

      Now comes the Law Firm of Giarmarco, Mullins & Horton, P.C. representatives of Plaintiff in the above-captioned action and provides this Notice of Attorney Charging Lien upon Plaintiff's cause of action, claim, any verdict or Court determination, decision, Judgment or Final Order rendered in favor of Plaintiff in this case and the proceeds thereof in whatever hands they may come.  This Lien may not be affected by any Settlement between the parties before or after Judgment, Final Order or determination.

                                              GIARMARCO, MULLINS & HORTON, P.C.

                                              By: /s/  Sean M. Walsh
                                              SEAN M. WALSH (P48724)
                                              PAULA JOHNSON-BACON (P55862)
                                              Attorneys for the Defendant
                                              101 West Big Beaver Road
                                              Troy, MI 48084-5280
                                              Telephone: (248) 457-7000
                                              Email: swalsh@gmhlaw.com
Dated: August 21, 2008                    Email: pjohnson@gmhlaw.com