UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PURE TECH SYSTEMS, INC.,                    Case No. 07cv7065 (RMB)

        Plaintiff,

vs.

KEMPER ENVIRONMENTAL LTD, and KEMPER
INDEMNITY INSURANCE COMPANY,

        Defendants.
-----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On August 21, 2008 I filed the following document in the above captioned matter:

Notice of Attorney Charging Lien [Docket No. 23]

which caused electronic notice to be sent to:

David M. Pollack, Esq.
Donovan Hatem, LLP
1350 Broadway, 21st Floor
New York, NY 10018

Vijayant Pawar, Esq.
Law Offices of Vijayant Pawar
35 Airport Road, Suite 330
Morristown, New Jersey 07960

        GIARMARCO, MULLINS & HORTON, P.C.

        By: /s/  Sean M. Walsh
        SEAN M. WALSH (P48724)
        PAULA JOHNSON-BACON (P55862)
        Attorneys for the Defendant
        101 West Big Beaver Road
        Troy, MI 48084-5280
        Telephone: (248) 457-7000
        Email: swalsh@gmhlaw.com
Dated: August 21, 2008        Email: pjohnson@gmhlaw.com