```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
PURE TECH SYSTEMS, INC.,
                                    :
            Plaintiff,                       ORDER
                                    :
        -against-                            07 Civ. 7065 (RMB)(MHD)
                                    :
KEMPER ENVIRONMENTAL LTD, and
KEMPER INDEMNITY INSURANCE          :
COMPANY,
                                    :
            Defendants.
-----------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby

**ORDERED** that a discovery conference has been scheduled in the above-captioned action on **THURSDAY, SEPTEMBER 11, 2008 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       September 3, 2008

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been sent today to:

Vijayant Pawar, Esq.
Law Offices of Vijayant Pawar
35 Airport Road, Suite 330
Morristown, NJ 07960

Paula M. Johnson-Bacon, Esq.
Saulius K. Mikalonis, Esq.
Sean M. Walsh, Esq.
Trisha Marie Benson, Esq.
Giarmarco, Mullins & Horton, P.C.
101 W. Big Beaver Road
10th Floor
Troy, MI 48084-5280

David M. Pollack, Esq.
Donovan Hatem, LLP
Herald Square Building
1350 Broadway
Suite 2100
New York, NY 10018