```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
PURE TECH SYSTEMS, INC.,
                                    :
            Plaintiff,                    ORDER
                                    :
        -against-                         07 Civ. 7065 (RMB)(MHD)
                                    :
KEMPER ENVIRONMENTAL LTD, and
KEMPER INDEMNITY INSURANCE          :
COMPANY,
                                    :
            Defendants.
-----------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A conference having been held with counsel for the respective parties today,

It is hereby **ORDERED** as follows:

1. All discovery is to be completed by **OCTOBER 24, 2008**.

2. The parties are to submit a joint pre-trial order by **NOVEMBER 21, 2008**, unless a potentially dispositive motion has been served by that date.

Dated: New York, New York
       September 11, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

Vijayant Pawar, Esq.
Law Offices of Vijayant Pawar
35 Airport Road, Suite 330
Morristown, NJ 07960

Paula M. Johnson-Bacon, Esq.
Saulius K. Mikalonis, Esq.
Sean M. Walsh, Esq.
Trisha Marie Benson, Esq.
Giarmarco, Mullins & Horton, P.C.
101 W. Big Beaver Road
10th Floor
Troy, MI 48084-5280

David M. Pollack, Esq.
Allison B. Feld, Esq.
Donovan Hatem, LLP
Herald Square Building
1350 Broadway
Suite 2100
New York, NY 10018